**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **TAMARKUS LAKEITH WRIGHT,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| v. | **5:16-cv-00490-TES-MSH** |
| **Warden BRUCE CHATMAN,** *et al.,* | |
| *Defendants.* | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Presently pending before the Court is Plaintiff's Motion for Joinder [Doc. 67]. The United States Magistrate Judge construes Plaintiff's motion as one for class certification and recommends denying it because a *pro se* prisoner-plaintiff may not bring a class action lawsuit on behalf of other prisoners. [Doc. 94, pp. 2–3]; *see also Smith v. Hill*, No. 5:16-cv-00333-MTT-CHW, 2016 WL 4414788 (M.D. Ga. Aug. 18, 2016). The parties filed no timely objections to the Magistrate Judge's recommendation.

Having thoroughly reviewed the matter, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 94] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Plaintiff's Motion for Joinder [Doc. 67] is **DENIED**.

**SO ORDERED**, this 5th day of April, 2019.

s/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**